**COMMONWEALTH of Pennsylvania,** Respondent

v.

Robert **TUCKER**, Petitioner

No. 324 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**